**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **B O M BANK** | **CASE NO. 1:25-CV-00321** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **BROOKE L. ROLLINS** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons set forth in the Court's Memorandum Ruling,

**IT IS ORDERED** that the Motion filed by USDA [Doc. No. 36] is **GRANTED** and the Motion for Summary Judgment filed by BOM [Doc. No. 24] is **DENIED**.

**IT IS ORDERED, ADJUDGED, AND DECREED** that all claims asserted by BOM against USDA are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 17th day of February 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE